**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:18CR237** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RONALD C. RICHARDSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Jay W. Mez to withdraw as counsel for the defendant, Ronald C. Richardson (Filing No. 23). Mr. Mez represents there has been a breakdown in the attorney-client relationship. For good cause shown, the motion will be granted.

**IT IS ORDERED:**

Mr. Mez's motion to withdraw (Filing No. 23) is granted. James R. Kozel, 11920 Burt Street, Suite 145, Omaha, Nebraska 68154, Telephone Number 402-341-0660, is appointed as counsel for the defendant for the balance of these proceedings and shall forthwith file an appearance in this matter.

Mr. Mez shall forthwith provide Mr. Kozel with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Mez which are material to the defendant's defense.

DATED this 14th day of November, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge